## Sipsey River Lumber Co. v. Tannehill.

APPEAL from Tuscaloosa County Court.

Tried before the Hon. J. J. MAYFIELD.

ROBISON BROWN, for appellant.

HENRY B. FOSTER, for appellee.

This was an action of assumpsit brought by the appellee against the appellant. From a judgment in favor of the plaintiff the defendant appeals.

The judgment is affirmed.

Opinion by TYSON, J.

—————

## Hill *et al. v.* The State.

APPEAL from City Court of Montgomery.

Tried before the Hon. WILLIAM H. THOMAS.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for rape, and was sentenced to the penitentiary for twenty years.

The judgment of conviction is affirmed.

Opinion PER CURIAM.